MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAELANGELO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 18-104 KJM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER REGARDING |
| | ) | TEMPORARY APPROVAL |
| MICHAELANGELO SANCHEZ, | ) | FOR TRAVEL |
| | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Deborah Barnes |
| | ) | |

Defendant Michaelangelo Sanchez, by and through his undersigned attorney of record, and the United States of America, by and through undersigned Assistant U.S. Attorney Amanda Beck, hereby stipulate as follows:

1. Michaelangelo Sanchez is presently on supervised release.

2. His conditions of supervised release include special conditions of home detention – condition 14.  (Dkt. No. 14.)

3. Mr. Sanchez seeks permission to be away from his home on March 23, 2019, from 9:00am to 7:00pm, to be with his family and his grandmother who is coming in from out-of-town.

4. Mr. Sanchez seeks permission to be away from his home on Easter (April 21, 2019), from 9:00am to 7:00pm, to be with his family.

5. Mr. Sanchez seeks permission to be away from his home on Mother's Day (May 12,

1

2019), from 9:00am to 7:00pm, to be with his family.

6. The government does not oppose these three temporary modifications of release conditions.

7. Defense counsel has spoken to Mr. Sanchez's Pretrial Services Officer, Darryl Walker. Mr. Walker informed defense counsel that Mr. Sanchez has complied with all of his special and standard conditions for the past number of months and he does not oppose this temporary modification of Mr. Sanchez's pre-trial release conditions.

8. The undersigned parties hereby stipulate that the Court may temporarily modify condition of release number 14. Mr. Sanchez is allowed to be away from his own home as specified above in paragraphs 3, 4 and 5.

Dated: March 21, 2019                               Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Michaelangelo Sanchez


Dated: March 21, 2019                               McGREGOR SCOTT
United States Attorney

/s/ Amanda Beck
AMANDA BECK
Assistant U.S. Attorney

**[PROPOSED] ORDER**

Good cause appearing and having been shown, the Court hereby adopts the parties' stipulation as its order.

**SO ORDERED.**

**Dated: March 22, 2019**

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE